UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
STATE OF CALIFORNIA *ex rel.* NR,

Plaintiffs,

v.

DEL MAR UNION SCHOOL
DISTRICT, et al.,

Defendants.

Case No.: 3:25-cv-1340-JES-BLM

**ORDER:**

**(1) UNSEALING ACTION; and**

**(2) TO SHOW CAUSE REGARDING REQUIREMENT OF COUNSEL**

The United States of America ("United States"), having declined to intervene in the above-captioned action pursuant to 31 U.S.C. § 3730(b)(4)(B), and the State of California, having elected to decline intervention pursuant to Government Code section 12652, subdivision (c)(6)(B), IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below;

2. The Complaint, this Order, and the Notice of Election by the United States and the State of California to Decline Intervention are unsealed;

1

3.   All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4.   The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5.   The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3) and on the State of California; and

6.   Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and the State of California with notice of the same and the Court will provide the United States and the State of California with an opportunity to be heard before ruling or granting its approval.

Plaintiff now proceeds *pro se* in a *qui tam* action in which the government has declined to intervene, which is impermissible in this Circuit. *See Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1127 (9th Cir. 2017) ("Given the fact that Congress did not expressly authorize a *qui tam* relator to proceed *pro se* when acting on behalf of the United States, it 'must have had in mind that such a suit would be carried on in accordance with the established procedure which requires that only one licensed to practice law may conduct proceedings in court for anyone other than himself.'" (quoting *United States v. Onan*, 190 F.2d 1, 6 (8th Cir. 1951))). Thus, the Court **ORDERS** Plaintiff to provide an update on his *pro se* status or acquisition of counsel to continue this action by **Monday, July 20, 2026**. If Plaintiff does not obtain counsel, this action is subject to dismissal without prejudice. *See Stoner*, 502 F.3d at 1127.

//

//

//

2

3:25-cv-1340-JES-BLM

**IT IS SO ORDERED**.

Dated: June 22, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

3:25-cv-1340-JES-BLM